```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JUAN ABREU,                              :
                                         :
                    Plaintiff,           :
                                         :        22cv1433 (DLC)
          -v-                            :
                                         :        ORDER
PFIZER, INC. and MSP RECOVERY CLAIMS     :
SERIES 44, LCC,                          :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 22, 2022 this action was transferred to this Court from the Southern District of Florida pursuant to a decision rendered by the Honorable Jonathan Goodman, United States Magistrate Judge for the Southern District of Florida. On February 28, the plaintiff moved to stay the case pending the resolution in the Southern District of Florida of his objection to the transfer. Abreu v. Pfizer, Inc., 21 CV62122, ECF No. 37 (S.D. Fla. Feb. 16, 2022).

On March 28, the Honorable Federico A. Moreno, United States District Judge for the Southern District of Florida, requested an additional Report and Recommendation from the Magistrate Judge regarding the motion to transfer the case. Id. at ECF No. 52. Magistrate Judge Goodman again recommended that the case be transferred on June 22, Id. at ECF No. 66, and Judge

Moreno adopted the recommendation and granted the motion to transfer on August 16.  Id. at ECF No. 81.  On August 24, the plaintiff moved to reconsider Judge Moreno's Order granting the motion to transfer.  Id. at ECF No. 83.  Accordingly, it is hereby

ORDERED that the plaintiff's February 28, 2022 request for a stay is granted.  The parties shall advise this Court when a decision is rendered on the August 24 motion for reconsideration.

SO ORDERED:

Dated:   New York, New York
         August 25, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge